```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
NIEVES SORIANO,                            :
                                           :       20cv4611(DLC)
                         Plaintiff,        :
                                           :          ORDER
              -v-                          :
                                           :
JD RECYCLING INC., PINO RECYCLING          :
INC., GREEN CITY TRUCKING INC.,            :
FRANCESCO D'AMICO, and JOHN INZALACO,      :
                                           :
                         Defendants.       :
                                           :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2020

DENISE COTE, District Judge:

This employment discrimination action was filed on June 16, 2020. On June 29, the Court scheduled an initial pretrial conference pursuant to Rule 16, Fed. R. Civ. P. to occur on September 25, 2020. It is hereby

ORDERED that the conference scheduled for September 25 is adjourned to **December 4, 2020** at **2 p.m.**

The parties are reminded to use the following dial-in credentials for the conference.

        Dial-in:        888-363-4749
        Access code:    4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          September 24, 2020

                                          /s/ Denise Cote
                                          DENISE COTE
                                 United States District Judge