```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NIEVES SORIANO,                          :
                                         :
                          Plaintiff,     :    20cv4611 (DLC)
                                         :
              -v-                        :    ORDER OF
                                         :    DISCONTINUANCE
JD RECYCLING INC., PINO RECYCLING        :
INC., GREEN CITY TRUCKING INC.,          :
FRANCESCO D'AMICO, and JOHN INZALACO,    :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 10, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          November 10, 2020

_____
DENISE COTE
United States District Judge