```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 NIEVES SORIANO,                          :
                                          :       20cv4611 (DLC)
                         Plaintiff,       :
                                          :           ORDER
             -v-                          :
                                          :
 JD RECYCLING INC., PINO RECYCLING        :
 INC., GREEN CITY TRUCKING INC.,          :
 FRANCESCO D'AMICO, and JOHN INZALACO,    :
                                          :
                         Defendants.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On November 10, 2020, after receiving notification that this matter had settled, this Court issued an Order discontinuing this action.  On December 8, the parties requested to extend the December 10 deadline to February 10, 2021. Accordingly, it is hereby

ORDERED that the Clerk of Court shall restore this case to the docket.

IT IS FURTHER ORDERED that the Order of November 10, 2020 is vacated.

IT IS FURTHER ORDERED that an initial pretrial telephone conference shall occur on **Wednesday, January 20, 2021** at **3:00 p.m.**  The conference date will not be further adjourned.  The

dial-in credentials for the telephone conference are the following:

       Dial-in:     888-363-4749
       Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          December 9, 2020

                          _____
                              DENISE COTE
                   United States District Judge